IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**VINCENT GREGORY DEPIRRO,**
    Plaintiff,

vs.                                                             CASE NO.:  3:05cv58/MCR/MD

**MICHAEL T. JONES, et al.,**
    Defendants.
_____/

O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 1, 2005.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

      Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.    This cause of action is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii) and the clerk is directed to close the file.

      DONE AND ORDERED this 28th day of June, 2005.

                      *s/ M. Casey Rodgers*
                      **M. CASEY RODGERS**
                      **UNITED STATES DISTRICT JUDGE**